# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| JAMES TATE, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:17-cv-00002 |
| | ) CHIEF JUDGE CRENSHAW |
| DR. JONES, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 76), recommending the Court grant Defendants' Unopposed Motion for Summary Judgment (Doc. No. 70). Plaintiff did not file timely objections. After a de novo review, the Report and Recommendation is **ADOPTED**.

Accordingly, Defendants' Unopposed Motion for Summary Judgment (Doc. No. 70) is **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58. The Court **CERTIFIES** that an appeal in forma pauperis from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3),

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE